Certificate Number: 05781-CAC-DE-041565119

Bankruptcy Case Number: 26-11147

05781-CAC-DE-041565119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2026, at 4:31 o'clock PM PDT, Gregorios Katrakazos completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: October 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President